1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY DAVIS,                          1:25-cv-00485-JLT-SKO (PC)

12              Plaintiff,

13       v.                                   ORDER GRANTING APPLICATION TO
                                              PROCEED IN FORMA PAUPERIS
14   TUOLUMNE COUNTY JAIL, et al.,            (Document# 9)

15              Defendant.                            and

16
                                              ORDER DIRECTING PAYMENT
17                                            OF INMATE FILING FEE BY THE
                                              TUOLUMNE COUNTY SHERIFF
18

19

20        Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested

21   leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing

22   required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.

23   Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §

24   1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of

25   the preceding month's income credited to plaintiff's trust account. The Tuolumne County Sheriff

26   is required to send to the Clerk of the Court payments from plaintiff's account each time the

27   amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C.

28   § 1915(b)(2).

                                              1

1   In accordance with the foregoing and good cause appearing therefor, **IT IS HEREBY**

2   **ORDERED** that:

3       1.  Plaintiff's application to proceed in forma pauperis is **GRANTED**;

4       **2.**  **The Tuolumne County Sheriff or his designee shall collect payments from**

5   **Plaintiff's trust account in an amount equal to twenty percent (20%) of the**

6   **preceding month's income credited to the Plaintiff's trust account and shall forward**

7   **those payments to the Clerk of the Court each time the amount in the account**

8   **exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has**

9   **been collected and forwarded to the Clerk of the Court.  The payments shall be**

10  **clearly identified by the name and number assigned to this action.**

11      3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

12  Plaintiff's in forma pauperis application on the Tuolumne County Sheriff located at 12915

13  Justice Center Drive, Sonora, CA 95370.

14      4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

15  Department, U.S.  District Court, Eastern District of California, Sacramento Division.

16      5.  Within sixty (60) days of the date of service of this order, Plaintiff shall submit a

17  certified copy of his trust account statement for the six-month period immediately

18  preceding the filing of the complaint, if Plaintiff has not already done so.

19

20  IT IS SO ORDERED.

21  Dated:   **June 6, 2025**                          /s/ *Sheila K. Oberto*

22                                                              UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2