Pg1-20

Plaintiff's Name _Anthony Davis_

Inmate No. _0016120_

Address _1291 S Justice Center DR_
_Sonora CA 95370_

**FILED**

MAR 30 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

_Anthony Davis_
(Name of Plaintiff)

_1:25-cv-00485-JLT-SKO_
(Case Number)

vs.

_Tuolumne County Sheriff DCP_
_Neil A evens_
_LT Hurtado J_
_SGT Nate Yorston_

(Names of all Defendants)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☒ **42 U.S.C. 1983 (State Prisoner)**

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

**RECEIVED**

MAR 30 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

A. Have you brought any other lawsuits while a prisoner? Yes __✓__ No____

B. If your answer to A is yes, how many? ___1___

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff _Anthony Davis_

Defendants _Hurtado_

2. Court (if Federal Court, give name of District; if State Court, give name of County)
_Eastern District of California_

3. Docket Number _1:25-cv-009 2_ 4. Assigned Judge _JLT-SAB_

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
_Still Pending_

6. Filing Date (approx.) _04/05 2025_     7. Disposition Date (approx.) _N/A_

## II. Exhaustion of Administrative Remedies

**NOTICE:**     Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).  Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002).  If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

    A.  Is there an inmate appeal or administrative remedy process available at your institution?

       Yes____/____     No_____

    B.  Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

       Yes____/____     No_____

    C.  Is the process completed?

       Yes____/____          If your answer is yes, briefly explain what happened at each level.

_There was no effective remedies offered at any stage of the Grievance process nor did an investigation from Tuolumne conty Sheriffs Division on (POST) Provid. any Relief_

       No_____          If your answer is no, explain why not.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below.  If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

    A.  Name_Tuolumne county Sheriff_ is employed as _Local municipality_
       Current Address/Place of Employment _28 Lower Sunset Sonora CA 95370_

B. Name *Neil A Evans* is employed as *under Sheriff*

Current Address/Place of Employment *28 Lower Sunset Sonora CA 95370*

C. Name *LT Hurtado* is employed as *Jail Comander*

Current Address/Place of Employment *17915 Justice center Drive Sonora CA 95370*

D. Name *Nate YorSton* is employed as *POST / IA*

Current Address/Place of Employment *28 Lower Sunset Sonora CA 95370*

E. Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

*(18 USCS 241), (18 USCS 242), (42 USCS 1985) (42 USCS 1986) equAL PROTECTion And due pRocess. CAL CiViL code 52.3*

**Supporting Facts** (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

*I have been A pRe-TRIAL DetAinee In Tuolumne county JAiL Since (11032025) on (02092025) I WAS Seen by The Tuolumne county JAIL DR foR An InJuRy I had sustained from fighting in my sleep Due To How The extReamly BRight Light In my cell cReates unecissay mentAl Anguish That Aggrivates my (CPTSD) RelAted To my Active military seRvice*

on (05052025) I provided JAIL STAFF proof that I WAS pro-se in This LAWSUIT, And on (05062025) by APROVAL of (LT HURTADO) JAIL STAFF began ACTS of RETALIATION see CASE number (1:25-CV-00925-JLT-SAB) These ACTS of RETALIATION began with JAIL STAFF DISIPLINING me for violating InmATe RULE (MA13 By covering my Cell light with PAPER AFTER MY INJURY on (02092025) Due To The effect The Light has on my mental Health when it comes on Suddenly And STARTles me Awak shocking MY SENCES AS The Bright FLASh mimics An explosion I began Covering my Light. FoR moRe ThAN (con pg 5

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

equAl PRoTecTion, Due process, 18 USCS 241, 18 USCS 242, 42 USCS 1985, 42 USCS 1986 CAl Civil Code 52.3

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

I have been In pre-TRIAL Detention In The Tuolumne county JAIL since (11072025) with That being Said, I am A military veTRAN. DuRing MY Active service I WAS exposed To An explosion And have (CPTSD) because of it. The lighting In my cell is so bright That when it comes on Suddenly In The morning, The Sudden bright flash That it mAkes mimmikes The flash of The explosion I was exposed To In The millitary This cAuses unnecisARy mental Anguish That AgRivaTes my (CPTSD) cAusing me To violenTly fight In my sleep (con pg 10)

# CLAIM 1

TWO MONTHS I keept my light covered without a single SGT, CPL OR DEPUTY saying anything to me in regaurds to the paper covering my light, And violating INMAte Rule (MA 13). However when JAIL STAFF by order of (LT. Hurtado) beggan diciplining me for covering my light with paper in violation of Inmate Rule (MA 13) while allowing other inmates Housed in my same locations to continue covering Their cell light with paper in violation of Inmate Rule (MA13) I was denied equal protection of The LAW.

I Atempted To File A Grievance In This matter (on 05/7 2025) control #-(2025-125) however (DEP Bell) by order from (SGT Rohr) Told me This was not A grievable offense and denied processing my Grievance making The grievance system effectivly unavailable to me. And ThereFore exhausting my administrative requirements under The (PLRA). I Allso brought This matter to The Attintion of Tuolumne County Shiriff DEP Division 91 (POST) (NATE YORSTON) on (07012025) For Investigation And Still Found no Relief

<u>Names And dates</u>
<u>oTher InmATes HAd</u>
<u>Their Light covered</u>
<u>In my SAme Housing uniT A</u>

① SANTOS SAncheS  A4 (05 06 25)
② SANTOS SAnches  A4 (05 07 25)
③ SANTOS SAnches  A4 (05 08 25)
④ SANTOS SAnches  A4 (05 09 25)
⑤ SANTOS SAnches  A4 (05 10 25)
⑥ SAtOS SAnches  A4 (05 11 25)
⑦ SANTOS SAnches A4 (05 12 25)
⑧ SANTOS SAnches A4 (05 13 25)
⑨ SANTOS SAnches A4 (05 14 25)
⑩ SANTOS SAnches  A4 (05 15 25)
⑪ SANTOS SAnches A4 (05 16 25)
⑫ SAnTOS SAnches  A4 (05 17 25)
⑬ SANTOS SAnches A4 (05 18 25)
⑭ SANTOS SAnches A4 (05 19 25)
⑮ SANTOS SAnches  A4 (05 20 25)

<u>moveD To uniT D</u>

⑯ Rusle Cline D10 (08 13 25)
⑰ Rusle Cline D10 (08 14 25)

Pg 7-20

(18) Rusle cline    D 10 (08 15 25)
(19) Rusle cline    D 10 (08 16 25)
(20) Rusle cline    D 10 (08 17 25)
(21) Rusle cline    D 10 (08 18 25)
(22) Rusle cline    D 10 (08 19 25)
(23) Rusle cline    D 10 (08 20 25)
(24) Rusle cline    D 10 (08 21 25)
(25) Rusle cline    D 10 (08 22 25)
(26) Rusle cline    D 10 (08 23 25)
(27) Rusle cline    D 10 (08 24 25)
(28) Rusle cline    D 10 (08 25 25)
(29) Rusle cline    D 10 (08 26 25)
(30) Rusle cline    D 10 (08 27 25)
(31) Rusle cline    D 10 (08 28 25)
(32) Rusle cline    D 10 (08 29 25)
(33) Rusle cline    D 10 (08 30 25)
(34) Rusle cline    D 10 (09 01 25)
(35) Rusle cline    D 10 (09 02 25)
(36) Rusle cline    D 10 (09 03 25)
(37) Rusle cline    D 10 (09 04 25)
(38) Rusle cline    D 10 (09 05 25)
(39) Rusle cline    D 10 (09 06 25)
(40) Rusle cline    D 10 (09 07 25)
(41) Rusle cline    D 10 (09 08 25)
(42) Rusle cline    D 10 (09 09 25)

(43) Rusle cline      D 10 (09 10 25)
(44) Rusle cline      D 10 (09 11 25)
(45) Rusle cline      D 10 (09 12 25)
(46) Rusle cline      D 10 (09 13 25)
(47) Rusle cline      D 10 (09 14 25)
(48) Rusle cline      D 10 (09 15 25)
(49) Andrew Lee   D 4 (10 11 25)
(50) Andrew Lee   D 4 (10 12 25)
(51) Dean          D 10 (10 12 25)
(52) Inmate w/k   DS   (10 12 25)
(53) Cells D4, DS, D10 (10 13 25)
(54) Cells D4, DS, D10 (10 14 25)
(55) Cells D4, DS, D6,D10 (10 15 25)
(56) Cells D4, DS, D6 D10 (10 16 25)
(57) Cells D4, DS, D6, D10 (10 17 25)
(58) Cells D4, DS (10 18 25)

Not A single one of The individuals
Listed Above recieved A diciplinary
Action For covering Their LighT with
PAPer In violation of Inmate rule (MA 13)
yet I recieved 2 Diciplinary Actions
for covering my lighT In violation
of Inmate rule (MA 13) on The
Following days (05 06 25) And (05 13 2025)

That Actions by (LT Hurtado) And (SGT Nate Yorston) where They [illegible] the equal protection of The Law were done In Retaliation Against me once I (1:25-cv-0092SJLT-SAB) In That Their Intention And motive was to make the conditions of my Pre-Trial Detention Amount To Punishment violating my Right To Due process. Furthermore (LT Hurtado) And (Nate Yorston) Refusing To Stop or Prevent The depprevation of my Rights After It was made known to Them puts Their Actions And or Their failure To Act In violation of The following.

(18 USCS 241) conspiracy Against Rights

(18 USCS 242) depprevation of Rights under cover of Law

(42 USCS 1985) conspiracy To enterfear with civil Rights

(42 USCS 1986) Action For neglect To Prevent conspiracy Against civil Rights equal protection And Due process

# CLAIM 2

On The morning of (02092025) AFTER being STARTled Awake by The Industrial STRength lighting In my cell And The Severe mental Anguish It Caused me. I managed To Calm myself enough To fall BACK To sleep. While Asleep I beggAn fighting so violently That I sustained An InJury. To my Left ARM and HAd To see The JAIL DR. AFTER The INJURY on (02092025) I begAn Covering The light In my cell InORdeR to STOP The unecicery Mental Anguish. That Agrivates my (CPTSD) And TheRefoR PReventing Any future physyCAL InJury.

Before I begAn covering my Light with pAper my Housing conditions CReated unesissARY And extrem mental Anguish And posed unreasonAble RISK of InJury, However, Dimming down The light with pAper eliminated This Risk of InJuRy caused by The unecissARy And exteam mental Anguish The Light caused due To The manner In which IT Agrivates' my (CPTSD) Leading TO me violently fighting In my sleep.

I keept my Light Covered And Had SAfe Housing conditions foR mORe Than Two months; That IS Up untill (05052025)

And provided PROOFF To JAIL STAFF BECAUSE The very NEXT DAY I Recieved A DICIPlinaRY Action for HAving my light covered In Violation of Inmate Rule (MA 13) Immediatly The unecissary And extream mental Anguish As well As The fighting In my sleep began creating once again. The unreasonable RISK of INJuRY. So I covered my light BAck up leading TO AnoTHeR DiciPlinaRY AcTion on (05/13/2025) for violating Inmate Rule (MA 13) I Appealed both DiciplinaRY Actions To (LT HURTADO) who Told me That Due TO SAFTY And SecuRity I Am not Allowed TO cover my light, while on The same Document He explained That It was exeptable for Inmate (SANTOS SAnches) In cell (A4) Below me To have his light covered. At This point LT HURTADO KnowingLY And willingly Denied me equal PROTection And mAKing Housing conditions That created unecissaRY And extream mental Anguish AS well AS The unreasonable RISK of INJURY TO my person. BECAuse of This Act of reTAliAtion See (1:25-cv-00925-JLT-SAB) forcing me TO

To Live In UNSAF Housing Conditions. On (05172025) I beggan Asking All POST Deputies who worked the over night shift to please wake me up PRIOR To Turning on the light. After explaining to them the saFty Risk It posel And How I was Atempting to prevent any furthur unecissary and extrem mental Anguish As well as Any furthur injury As A result of it. All Deputies Agreed and DiD IN FACT wake me up except for the following Deputies (Please see list on Pg 13) On (07012025) I meet with (Sgt Nateyopston) In classRoom #3 were I explained in great detail how my rights where being violated, I explained to Him How I Injured Myself on (02092025) I explained to Him How And why I covered my Light And That. For me to be forced To have my light uncovered ment that I was being forced to live In Housing conditions that created unecissary And extream Mental Anguish as well as the unreasonable Risk of Injury To My Person,

After (Dep Bell) Refusing to process Grievance # (2025-125) on (05 17 2025) I Attempted to File Another Grievance on (06 23 2025) At 0821 And The Deputy on Post Badg #(1862) Refused to give me A grievance form Alltogather.

The following is A List of Jail Staff who and the Dates That I was subjected

(to extream Anguish of body or mind pang, Agony, or tourment As tourture of mind.

The verey definition of "Tourture" Listed in websters Dictionary

## DATES I WAS Subjected to Tourment of mind And Deputies who did it

① (6 23 2025) Dep Cahil, Dep Bolauson
② (07 05 2025) Dep Manen
③ 07 08 2025 Dep Green on this Day I had to see Medical Twice once At (0557) And A second At (1530) Due To Two head Injuries That split my foreHead open.
④ (07 11 2025) Dep Cahil

⑤ (07 13 2025) Dep Green, Another head. Injury no bleeding

⑥ (07 15 2025) Dep Cahil, Dep Green Dep Green Stated "waking you up before the light comes on is a matter of preference And I prefer not to"

⑦ (08 12 2025) Dep Bulosan, Dep Blackmore, when I respectiully reminded (Dep Bulosan) That He was saposed to wake me befor the light came on He Replied "I don't do That"

⑧ (07 22 2025) Dep Green

⑨ (07 28 2025) Dep Green, Dep Bulosan

⑩ (08 10 25) Dep Green, Dep Cahil

⑪ (08 19 25) Dep Green.

on everey one of The dates mentiond Above I was subjected to unecissary And extream mental anguish And ether was injured or put in unreasonable risk of injury to my person as was made exceptable by (LT Hurtado) (Sgt nate yorston) Between (05 20 2025) — (07 08 2025) I filed The following grievences (2025-145),(2025-175),(2025-196)(2025-239) each of The above mentioned Grievances went to (neil A evans) The Highest Admenistraitive Level where

I Made All of The Afore mentioned
details known And still found
no effective Remedies or offers
of Relief I even Made verey clear
That The unreasonable Risk of
Injury To My PeRSon was substantial
And That The TourTure of mind
was so severe That Any Deputies
on my post who posesed Any
sence of moral decency Made
sure That They woke me up
PRior To The lighTS coming on.

ThereFor All The Above Act's
That violated multiple of my
civil RightS were made exceptAble
In Act's of RetAliAtion ment To
Make my PRe-Trial detention Amount To
punishment by (NEIL A EVAnS)
(LT HeRtiLoCo) (SGT NAte yoRSTCy) As The
Three of Them conSPiRed AgAinst
My CIVIL Rights, DePRived me of my
civil RightS under color of LAw, And
That each PeRSon did in FacT
conSPiRe To enTerfeaR with my
civil RightS

AFTER mAking All The Above InfoRmation mAde known To All defendAnTS In gReAT detAil The eXACT nATuRe of How multiple of my RiaHTS weRe being vio/ATed The DID InfAcT knowingly And wilingly of A sand mind neglected To pRevent And oR STOP The DepRevAtion of my RighT TO equAL PRoTection of The LAW And my RighT TO Due pRocess MAking The Tuolumne counTy SheRiff Dep

neil A eVAnS - The under SheRiff

LT HuRTADO - JAiL comAnder

SGT nAte yoRSTon - InTeRnAL AffAiRS officeR In violATion of

(18 USCS 241)

(18 USCS 242)

(42 USCS 1985)

(42 USCS 1986)

And TheRefoR LiAble undeR (42 USCS 1983) In TheIR IndividuAl And officiAL CopAcities

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I Request 1,000,000 Dollars in monetary Relief for The Tourture of mind I have been put Through As well As The Injuries I have suffered I Also Request Injunctive Relief That All Tualumne county Jail staff be Requiered to Attend mandatory Constitutional Law Classes Anually.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 03 20 2026    Signature of Plaintiff: _____

(Revised 4/4/14)

Relief

I Also Request Declaratery
Relief having The Court making
A Declaration that Declares
The violation of my constitutionaly
protected Rights To equal protection
of The Law And my Right
To due process by All of
The Defendants In This matter
(Tuolumne County Sheriff Department)
(Neil A evers under Sheriff)
(LT Hurtado JAIL commander)
(SGT Nate yorston Internal AFFAIRS)

I Am Holding each and
every defendant named In This
matter LIAble In both Their
Individual And Official capasity.